TIMOTHY J. RYAN, SBN 99542
MARLA R. WESTON, SBN 209460
KELLEY M. LINCOLN, SBN 221467
RYAN & FONG, P.C.
2379 Gateway Oaks Drive, Suite 100
Sacramento, California 95833
Telephone:  (916) 924-1912
Facsimile:   (916) 923-3872

Attorneys for Defendants
Avco Corporation and Textron, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. BRISTOW, for himself and a class of others similarly situated., <br><br> Plaintiff, <br><br> v. <br><br> LYCOMING ENGINES, a Division of Avco Corporation; AVCO CORPORATION; TEXTRON, INC., <br><br> Defendants. | Case No.  2:06-cv-01947-LKK-GGH <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S CLASS ACTION COMPLAINT** |

    The parties to this action, by and through their attorneys of record, stipulate and request the Court to issue an order extending the deadline for Defendants Avco Corporation and Textron, Inc. to respond to Plaintiff Richard A. Bristow's Class Action Complaint, to October 31, 2006.

///

///

///

///

///

///

///

1

IT IS SO STIPULATED.

Dated:   September 18, 2006                         THE MILLS LAW FIRM

                                                        /s/
By: ROBERT W. MILLS
Attorneys for Plaintiffs


Dated:   September 18, 2006                         RYAN & FONG

                                                        /s/
By: KELLEY M. LINCOLN
Attorneys for Defendants

### **ORDER**

Based on the foregoing Stipulation of the Parties,

IT IS HEREBY ORDERED that Defendants Avco Corporation and Textron, Inc. shall file a response to Plaintiff's Class Action Complaint on or before October 31, 2006.

Dated: September 25, 2006

                                                  LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Case No.  2:06-cv-01947-LKK-GGH                STIPULATION AND [PROPOSED] ORDER EXTENDING DEAD-
LINE TO FILE RESPONSIVE PLEADING TO COMPLAINT