1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
RICHARD A. BRISTOW, for
10 himself and a class of
others similarly situated,          NO. CIV. S-06-1947 LKK/GGH
11
                Plaintiff,
12
     v.                                   O R D E R
13
LYCOMING ENGINES, a Division
14 of Avco Corporation; AVCO
CORPORATION; TEXTRON, INC.
15
                Defendants.
16 _____/

17      Pending on the December 1, 2006 law and motion calendar is a

18 motion to dismiss filed by defendants in the above captioned case.

19 The defendants have also informed the court that there is a motion

20 to transfer for coordinated or consolidated pretrial proceedings

21 in Pennsylvania under the Multidistrict Litigation Statute, 28

22 U.S.C. § 1407, with two other cases that are already consolidated

23 in the Eastern District of Pennsylvania.

24      Given that this case may be transferred, and the need to

25 conserve judicial resources, the court orders as follows:

26      1.   The case is STAYED pending a decision on the motion to

                                  1

1        transfer by the MDL court.

2   2.   The parties are to inform the court within ten days if

3        the MDL court denies the motion to transfer.

4   3.   The hearing on defendants' motion to dismiss currently

5        set for December 1, 2006 is hereby VACATED.

6   IT IS SO ORDERED.

7   DATED:  November 17, 2006.

8

9

10   _____
     LAWRENCE K. KARLTON
11   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26