UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. BRISTOW, for
himself and a class of
others similarly situated,

          NO. CIV. S-06-1947 LKK/GGH

    Plaintiff,

  v.

LYCOMING ENGINES, a           **O R D E R**
Division of Avco Corporation;
AVCO CORPORATION; TEXTRON,
INC.,

    Defendants.
_____/

    Avco Corporation and Textron Inc.'s Motion to Dismiss is set to be heard on the court's March 26, 2007 law and motion calendar. The same defendants filed a Motion to Change Venue pursuant to 28 U.S.C. § 1404(a). The Motion to Change Venue is set to be heard on April 9, 2007.

    Given the related nature of the motions and the court's interest in conserving judicial resources, the motions will be heard on the same day. Accordingly, the court orders as follows:

    1.    The hearing on defendants' Motion to Dismiss, currently

1

1   set to be heard on March 26, 2997, is CONTINUED to April
2   9, 2007 at 10:00 a.m. where it will be heard on the
3   court's regularly scheduled law and motion calendar.
4   2.  The status conference currently set for March 26, 2007
5   is hereby CONTINUED to April 9, 2007 at 10:00 a.m., to
6   be heard at the conclusion of the law and motion
7   calendar.  The parties are reminded of their obligation
8   to file status reports no later than ten days preceding
9   the conference.
10  IT IS SO ORDERED.
11  DATED:  March 13, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2