UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. BRISTOW, for himself and a class of others similarly situated,

        NO. CIV. S-06-1947 LKK/GGH

    Plaintiff,

  v.

LYCOMING ENGINES, a Division of Avco Corporation; AVCO CORPORATION; TEXTRON, INC.,

**O R D E R**

    Defendants.

_____/

    Defendants late-filed replies to plaintiff's oppositions to the motions to transfer and dismiss pending the court's April 9, 2007 calendar.  Local Rule 78-230(d) requires that replies be filed not later than five court days preceding the date of the hearing. Defendants filed their replies three court days before the hearing.

    Accordingly, the court hereby STRIKES the replies filed on April 4, 2007 and will disregard them.

    IT IS SO ORDERED.

    DATED:  April 5, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT