**TIMOTHY J. RYAN, SBN 99542**
**MARLA R. WESTON, SBN 209460**
**RYAN & FONG, P.C.**
2379 Gateway Oaks Drive, Suite 100
Sacramento, California 95833
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanfong.com

Attorneys for Defendants
AVCO Corporation and Textron Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. BRISTOW, for himself and a class of others similarly situated.,<br><br>          Plaintiff,<br><br>v.<br><br>LYCOMING ENGINES, a Division of Avco Corporation; AVCO CORPORATION; TEXTRON, INC.,<br><br>          Defendants. | Case No. 2:06-cv-01947-LKK-GGH<br><br>**ORDER** |

The Court, on April 9, 2007, granted dismissal of all causes of action as against Defendant Textron Inc., but granted Plaintiff leave to amend. The time for filing an amended pleading having passed without such pleading having been filed, the Court hereby orders the dismissal with prejudice of the action as against Defendant Textron Inc.

IT IS SO ORDERED.

DATED: May 11, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1