1  Robert W. Mills (SBN 62154)
   Harry Shulman (SBN 209908)
2  **THE MILLS LAW FIRM**
   145 Marina Boulevard
3  San Rafael, CA 94901
4  Tel: (415) 455-1326

5  Michael F. Ram (SBN 104805)
   Erica L. Craven (SBN 199918)
6  **LEVY, RAM & OLSON, LLP**
   639 Front St., 4th Floor
7  San Francisco, CA 94111
8  Tel:  (415) 433-4949

9  (additional counsel on signature page)

10 Attorneys for Plaintiff, Class Members,
   and all others similarly situated
11

12

13                      UNITED STATES DISTRICT COURT

14                    FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16 |                                                    | **Case No.:  2:06-CV-01947-LKK-GGH** |
   | ROMEO BRAVO, INC., RONALD J. BROWN, and DANA POPE, for themselves and a class of others similarly situated, | |
   |                                                    | **ORDER ALLOWING  EXHIBIT A TO REPLY DECLARATION OF ERICA L. CRAVEN  TO BE FILED UNDER SEAL** |
   |             Plaintiffs,                            | |
   |     v.                                             | Date:       September 10, 2007 |
   | LYCOMING ENGINES, a Division of Avco Corporation; AVCO CORPORATION, | Time:       10:00 a.m. |
   |                                                    | Courtroom: 4, 15th Floor |
   |             Defendants.        /                   | Jury Trial Demanded |

25
26       FOR GOOD CAUSE shown under Federal Rule of Civil Procedure 26(c), Exhibit A to
27 ///
28 ///

---

Case No: 2:06-CV-01947-LKK-GGH – MOTION TO FILE UNDER SEAL                                                    -1-

1 | the Reply Declaration of Erica L. Craven and the Memorandum in Support of Motion to File
2 | Under Seal Exhibit A to Reply Declaration of Erica L. Craven shall be filed under seal.
3 |         IT IS SO ORDERED

Date:   September 5, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT