UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. BRISTOW, for himself and a class of others similarly situated,

        Plaintiff,

  v.

LYCOMING ENGINES, a Division of Avco Corporation; AVCO CORPORATION,

        Defendants.

/

NO. CIV. S-06-1947 LKK/GGH

**O R D E R**

    The hearing on the motion for class certification (Doc. No. 88) currently set for September 10, 2007 at 10:00 a.m. is hereby VACATED. The matter shall stand submitted on the papers.

    IT IS SO ORDERED.

    DATED: September 5, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1