1   Robert W. Mills (SBN 62154)
    Harry Shulman (SBN 209908)
2   **THE MILLS LAW FIRM**
    145 Marina Boulevard
3   San Rafael, CA 94901
    Tel: (415) 455-1326
4

5   Michael F. Ram (SBN 104805)
    Erica L. Craven (SBN 199918)
6   **LEVY, RAM & OLSON, LLP**
    639 Front St., 4th Floor
7   San Francisco, CA 94111
    Tel:  (415) 433-4949
8

9   (additional counsel on signature page)

10  Attorneys for Plaintiff, Class Members,

11

12                    UNITED STATES DISTRICT COURT

13               FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  ROMEO BRAVO, INC., RONALD J.              **Case No.:  2:06-CV-01947-LKK-GGH**
    BROWN, and DANA POPE, for themselves
16  and a class of others similarly situated,

17                    Plaintiff,              **STIPULATION REGARDING**
                                              **DISCOVERY**
18  v.

19  LYCOMING ENGINES, a Division of
    Avco Corporation; AVCO
20  CORPORATION,

21                    Defendants.

22

23  _____

24      In order to avoid duplicative discovery, Plaintiffs and Defendants ("Party" or "Parties")

25  hereby agree that any depositions taken in Civil Action Numbers 06-2993 (*Powers v. Lycoming*

26  *Engines, et al.*) or 06-4228 (*Plane Time, LLC v. Lycoming Engines, et al.*), which are

27  consolidated and pending in the United States District Court for the Eastern District of

28
    -1-

1   Pennsylvania ("Pennsylvania Litigation"), will be available for use in Civil Action Number 2:06-

2   cv-01947-LKK-GGH (*Bristow v. Lycoming Engines, et al.*) ("California Litigation") and that any

3   depositions taken in the California Litigation shall be available for use in the Pennsylvania

4   Litigation.

5          The Parties further agree that the Federal Rules of Civil Procedure apply to any such

6   deposition as if the deposition was taken in the other Litigation.  No party will notice the

7   deposition of any particular deponent, including a 30(b)(6) deponent, more than once in either

8   Litigation, *i.e.*, a person's or 30(b)(6) deponent's deposition can be taken only once in either the

9   California Litigation or the Pennsylvania Litigation but not both, unless by stipulation or by leave

10  of court.  Only one set of objections to each deposition notice can be made and any such

11  objections must be served in the Litigation under which the deposition notice was issued.

12  Similarly, any motions regarding the deposition must be filed with the court that has jurisdiction

13  over the Litigation under which the deposition notice was issued.

14         With respect to written discovery, the Parties agree that written responses and documents

15  produced in either the Pennsylvania Litigation or the California Litigation will be available for

16  use in the other Litigation.

17         The Parties agree to make a good-faith effort to avoid serving written discovery requests

18  that duplicate requests served in the other Litigation.  If, however, a Party believes that a

19  particular Interrogatory or Request for Admission served under Rules 33 or 36 duplicates or

20  overlaps one served in the other Litigation, the Party may object and incorporate their prior

21  answer in response as appropriate.  Similarly, if a Party believes a particular Request for

22  Production served under Rule 34 duplicates or overlaps one served in the other Litigation, the

23  Party may respond by identifying by bates number the responsive documents produced in the

24  other Litigation.

25         Any objections with respect to a written discovery request should be served in the

26  Litigation under which the discovery request was issued.  Similarly, any motion with respect to a

27

28

-2-

Case No: 2:06-CV-01947-LKK-GGH – STIPULATION

REGARDING DISCOVERY

1   written discovery request must be filed with the court that has jurisdiction over the Litigation

2   under which the discovery request was issued.

3

4   DATED: __8/3/07_____                      _/s/ Robert. W. Mills_____
                                                   Robert W. Mills
5                                                  Harry Shulman
                                                   THE MILLS LAW FIRM
6                                                  145 Marina Blvd.
                                                   San Rafael, CA 94901
7                                                  *Attorneys for Plaintiffs*

8

9   DATED: __8/3/07_____                     _/s/ Erica L. Craven_____

10                                                 Michael F. Ram
                                                   Erica L. Craven
11                                                 LEVY, RAM & OLSON, LLP
                                                   639 Front St., 4th Flr
12                                                 San Francisco, CA 94111
13                                                 *Attorneys for Plaintiffs*

14

15  DATED: ___8/3/07_____                      _/s/ Jonathan Shub_____
                                                   Jonathan Shub
16                                                 Seeger Weiss LLP
                                                   1515 Market Street, Suite 1380
17                                                 Philadelphia, PA 19102
18                                                 *Attorneys for Plaintiffs*

19  DATED: __8/3/07_____                    _/s/ Kathy Bailey_____
20  ____
                                                   Kathy Bailey
21                                                 Bailey Law Group, P.C.
                                                   1615 L Street, NW
22                                                 Suite 1350
                                                   Washington, DC 20036
23                                                 *Attorneys for Plaintiffs*

24
    DATED: __8/3/07_____                    /s/ Michele S. Burkholder_____
25                                                 Joseph F. Roda
                                                   Michele S. Burkholder
26                                                 RodaNast, P.C
                                                   801 Estelle Drive
27                                                 Lancaster, PA 17601
                                                   *Attorneys for Plaintiffs*
28
    -3-_____

1

DATED: ___8/3/07_____          /s/ Jennifer L. Gardner_____

2                                       John R. Climaco
                                        Jennifer L. Gardner
3                                       Lisa Ann Gorshe
                                        Climaco, Lefkowitz, Peca, Wilcox &
4                                       Garofoli Co., LPA
                                        55 Public Square,
5                                       Suite 1950
                                        Cleveland, OH 44113
6                                       *Attorneys for Plaintiffs*

7

8    DATED: __8/3/07_____          /s/ Keith T. Vernon_____

9  —                                     Keith T. Vernon
                                        The Vernon Law
10                                      888 16th Street NW
                                        Suite 800
11                                      Washington, DC 20006
                                        *Attorneys for Plaintiffs*
12

13

14   DATED: September 14, 2007          /s/ Marla R. Weston
                                        Timothy J. Ryan
15                                      Marla R. Weston
                                        RYAN & FONG
16                                      2379 Gateway Oaks Dr., Suite 100
                                        Sacramento, CA 95833
17                                      *Attorneys for Defendant AVCO Corporation*
18                                      *and its Lycoming Engines Division in the*
                                        *California Litigation*
19

20   DATED: September 14, 2007          /s/ Catherine B. Slavin
                                        Catherine B. Slavin
21                                      COZEN O'CONNOR
                                        1900 Market Street
22                                      Philadelphia, PA 19103
                                        *Attorneys for Defendant AVCO Corporation,*
23                                      *on behalf of its Lycoming Engines Division*
                                        *in the Pennsylvania Litigation*
24

25   IT IS SO ORDERED this 20th day of September, 2007.

26

27                                      /s/ Gregory G. Hollows
                                        U.S. Magistrate Judge

28
     -4-