1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

RICHARD A. BRISTOW, for
10  himself and a class of
others similarly situated,
11                                 NO. CIV. S-06-1947 LKK/GGH

12          Plaintiff,

13      v.

14  LYCOMING ENGINES, a                    **O R D E R**
Division of Avco Corporation;
15  AVCO CORPORATION,

16          Defendants.

17  _____/

18      The court is in receipt of plaintiff's request for relief

19  from case management deadlines, filed September 20, 2007. Should

20  the defendants desire to file an opposition to this request, they

21  are ordered to do so no later than October 4, 2007.

22      IT IS SO ORDERED.

23      DATED:  September 27, 2007.

24

25                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
26                              UNITED STATES DISTRICT COURT

                                1