UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. BRISTOW, for
himself and a class of
others similarly situated,

                              NO. CIV. S-06-1947 LKK/GGH

       Plaintiff,

  v.

LYCOMING ENGINES, a                     **O R D E R**
Division of Avco Corporation;
AVCO CORPORATION,

       Defendants.

_____/

       The court is in receipt of the plaintiffs' request for relief from case management deadlines and the defendant's opposition to same.

       The court finds good cause to extend the case management deadlines in this case. The plaintiffs' discovery in this case has been coordinated with the discovery occurring in factually-related cases that are pending in the Eastern District of Pennsylvania. See Stipulation and Order Regarding Discovery, September 20, 2007 (Docket No. 113). The plaintiffs have shown that discovery in the

1

1 Pennsylvania cases has been unforeseeably delayed, which has
2 impeded their efforts to complete discovery in this case in a
3 timely fashion. This meets the standard for "good cause" for
4 modification of the scheduling order. See <u>Johnson v. Mammoth
5 Recreations, Inc.</u>, 975 F.2d 604, 609 (9th Cir. 1992).
6     Therefore the plaintiffs' motion is GRANTED. Discovery shall
7 be conducted so as to be completed by March 14, 2008. Motions to
8 compel discovery must be noticed so as to be heard no later than
9 February 14, 2008. All law and motion shall be conducted so as to
10 be completed not later than April 4, 2008.
11     IT IS SO ORDERED.
12     DATED: October 10, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2