UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. BRISTOW, for
himself and a class of
others similarly situated,

                                        NO. CIV. S-06-1947 LKK/GGH

    Plaintiff,

  v.

LYCOMING ENGINES, a                    **O R D E R**
Division of Avco Corporation;
AVCO CORPORATION,

    Defendants.

/

    The court has received defendants' request for reconsideration of the Magistrate Judge's order, and the plaintiffs' opposition thereto. The request for reconsideration contains several items of new, relevant factual information that were not presented to the Magistrate Judge at the time that he issued his order. Accordingly, the court believes the request for reconsideration is most appropriately treated as an application for reconsideration to the Magistrate Judge, under Local Rule 78-230(k), and REFERS the application to Judge Hollows.

1

1   IT IS SO ORDERED.

2   DATED:   December 13, 2007.

3

4

5                           LAWRENCE K. KARLTON
                            SENIOR JUDGE
6                           UNITED STATES DISTRICT COURT

2