IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROMEO BRAVO, INC., et al.,

      Plaintiffs,                            CIV. NO. S-06-1947 LKK GGH

    vs.

LYCOMING ENGINES, et al.,

      Defendants.                   <u>ORDER</u>

_____/

        Presently before the court is defendants' December 17, 2007 ex parte application for extension of time to respond to discovery requests. Although defendants improperly noticed this matter for hearing on December 20, 2007, the court will hear the matter in conjunction with its plan to set for hearing a discovery conference, and a hearing on defendants' motion for reconsideration of this court's order of October 31, 2007, as referred to this court by Judge Karlton on December 13, 2007.

        Accordingly, IT IS ORDERED that hearing is set for December 20, 2007, at 10:00 a.m. to address: defendants' motion for reconsideration of this court's October 31, 2007 discovery order, defendants' ex parte application for extension of time to respond to discovery requests, filed December 17, 2007, and to hold a discovery conference. Counsel for plaintiff may appear by telephone, but the undersigned discourages such an appearance as much work needs to

1

1  be done if this case is to move forward.  Telephone appearances are not as useful as in person
2  appearances.
3  DATED: 12/18/07                               /s/ Gregory G. Hollows
4                                                              GREGORY G. HOLLOWS
                                                               U. S. MAGISTRATE JUDGE
5  GGH:076/RomeoBravo1947.mtns.wpd