TIMOTHY J. RYAN, SBN 99542
MARLA R. WESTON, SBN 209460
RYAN & FONG, P.C.
2379 Gateway Oaks Drive, Suite 100
Sacramento, California 95833
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanfong.com

Attorneys for Defendant
AVCO Corporation and
its Lycoming Engines division

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO BRAVO, INC., RONALD J. BROWN, DANA POPE, for themselves and classes of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYCOMING ENGINES, a Division of Avco Corporation; AVCO CORPORATION,<br><br>Defendants. | Case No. 2:06-cv-01947-LKK-GGH<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND DESIGNATION OF EXPERTS |

Good cause having been shown, the Court hereby grants Defendant's Motion for Leave to Amend Designation of Experts for the purpose of replacing Charles R. Morin, Jr. with Dale E. Alexander, and orders Defendant to file its Amended Designation of Experts no later than March 7, 2008.

IT IS SO ORDERED, this 28 day of Feb , 2008.

THE HONORABLE LAWRENCE K. KARLTON

1

Case No. 2:06-cv-01947-LKK-GGH