Robert W. Mills (SBN 62154)
Harry Shulman (SBN 209908)
**THE MILLS LAW FIRM**
145 Marina Boulevard
San Rafael, CA 94901
Tel: (415) 455-1326

Michael F. Ram (SBN 104805)
Erica L. Craven (SBN 199918)
**LEVY, RAM & OLSON, LLP**
639 Front St., 4th Floor
San Francisco, CA 94111
Tel:  (415) 433-4949

(additional counsel on signature page)

Attorneys for Plaintiff, Class Members,
and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO BRAVO, INC., RONALD J. BROWN, and DANA POPE, for themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LYCOMING ENGINES, a Division of Avco Corporation; AVCO CORPORATION,<br><br>Defendants. | **Case No.:  2:06-CV-01947-LKK-GGH**<br><br>**ORDER ALLOWING Plaintiffs' Statement of Disputed Facts in Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, to Decertify Classes, paragraphs 10 and 11 and the Declaration of Erica L. Craven in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, to Decertify Classes, ¶16, and Exhibits G, H, I, J, M, and N thereto  TO BE FILED CONDITIONALLY UNDER SEAL**<br><br>Date:      March 24, 2008<br>Time:     10:00 a.m.<br>Courtroom: 4, 15th Floor<br><br>Jury Trial Demanded |

Case No: 2:06-CV-01947-LKK-GGH – [PROPOSED]
ORDER TO FILE UNDER SEAL

-1-

FOR GOOD CAUSE shown under Federal Rule of Civil Procedure 26(c), Plaintiffs' Statement of Disputed Facts in Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, to Decertify Classes, paragraphs 10 and 11 and the Declaration of Erica L. Craven in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, to Decertify Classes, ¶16, and Exhibits G, H, I, J, M, and N thereto shall be filed conditionally under seal.

IT IS SO ORDERED

DATED: March 12, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT