UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. BRISTOW, for himself and a class of others similarly situated,

        Plaintiff,

   v.

LYCOMING ENGINES, a Division of Avco Corporation; AVCO CORPORATION,

        Defendants.
_____/

NO. CIV. S-06-1947 LKK/GGH

**O R D E R**

    In light of plaintiffs' pending Motion to Stay, the court CONTINUES the pre-trial conference from May 19, 2008 to July 25, 2008 at 3:00.

    IT IS SO ORDERED.

    DATED: May 13, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1